THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department of Social Services, Respondent,
 v.
 Jenny M. and Monroe H., III, Defendants,
 Of whom Jenny M. is the, Appellant.
 In the interest of a minor child under the age of 18.
 
 
 

Appeal From Aiken County
Vicki J. Snelgrove, Family Court Judge

Unpublished Opinion No. 2011-UP-377 
 Submitted July 1, 2011  Filed July 25,
2011

AFFIRMED

 
 
 
 George R. Hall, of Augusta, Georgia, for Appellant.
 Dennis M. Gmerek, of Aiken, for Respondent.
 Patrick A. McWilliams, of Aiken, for Guardian ad Litem.
 
 
 

PER CURIAM: Jenny M. appeals from the family court's final order terminating her parental
 rights to her minor child.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the
 record and the family court's findings of fact and conclusions of law pursuant
 to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no
 meritorious issues warrant briefing.  Accordingly, we affirm the family court's
 ruling. 
AFFIRMED.[1]
WILLIAMS and GEATHERS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.